Union Water, Light and Power Company, Respondent, v. Selwyn N. Blake, Appellant.— Judgment affirmed, with costs. All concurred, except Cochrane, J., dissenting, and Smith, P. J., not voting.

Silas White, Appellant, v. The New York and Ottawa Railway Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Sewell, J., dissenting.

John B. Blake v. Emma Shoemaker.— Motion denied.

William H. Brooks, Appellant, v. E. M. Brown Paper Company, Respondent. — Judgment unanimously affirmed, with costs.

Irving L. Brayman v. John P. Grant.— Motion denied.

Fulton County Gas and Electric Company v. Hudson River Telephone Company.— Motion for leave to appeal to the Court of Appeals granted, and questions certified as follows: *First.* Does it appear on the face of the complaint that it does not state facts sufficient to constitute a cause of action? *Second.* Does it appear on the face of the counterclaim set forth in paragraph numbered 17 of the defendant's amended answer (1) that said counterclaim is not of the character specified in section 501 of the Code of Civil Procedure; (2) that said counterclaim does not state facts sufficient to constitute a cause of action? *Third.* Does it appear on the face of the counterclaim set forth in paragraph numbered 18 of the defendant's amended answer (1) that said counterclaim is not of the character specified in section 501 of the Code of Civil Procedure; (2) that said counterclaim does not state facts sufficient to constitute a cause of action? *Fourth.* Is the interlocutory judgment in this case, overruling the demurrer to the plaintiff's complaint on the ground of insufficiency, the law of the case as to the sufficiency of the complaint?

Rosina Bareis Hooghkerk, Respondent, v. John F. W. Bareis and Others, Impleaded with Charles E. Rockenstyre, as Executor, etc., of Fred Bareis, Deceased, Appellant.— Judgment affirmed, with costs. All concurred, except Smith, P. J., and Sewell, J., dissenting.

Martha A. Hungerford, Appellant, v. The Village of Waverly and Others, Respondents.— Judgment affirmed, with costs. All concurred, except Smith, P. J., not voting.

Clark W. Linzey, as Administrator, etc., of Nile Linzey, Deceased, Respondent, v. American Ice Company, Appellant.— Motion granted.

In the Matter of the Election of Directors of The Manoca Temple Association. — Decision reserved until the hearing of the appeal.

In the Matter of Proving the Last Will and Testament of Harriet L. Marks, Deceased.— Ordered that the interested persons named be brought in, and that service be made upon those within the State in the manner required for the personal service of a summons, and upon those outside of the State by mailing to them a copy of said notice, which service shall be sufficient.

William J. McNeill, Respondent, v. Jules S. Bache and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.